UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 10-4927-JFW (RCx)**                                        Date:  June 1, 2012

Title:   Federal Deposit Insurance Corporation -v- Absolute Investment Group, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                 None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER OF DISMISSAL**

    In the Revised Joint Report of Mediation and of Global Conditional Settlements with Defendants Paul Curiel a/k/a Pablo Curiel, Raya Nicole Ghajar, Christy Lynn Bosteder, and Spencer Wade Smith, Individuals filed on June 17, 2011 [Docket No. 107], Plaintiff Federal Deposit Insurance Corporation, as Receiver for Downey Savings & Loan Association, F.A. ("Plaintiff") and Defendants Paul Curiel a/k/a Pablo Curiel ("Curiel"), Raya Nicole Ghajar ("Ghajar"), Christy Lynn Bosteder ("Bosteder"), and Spencer Wade Smith ("Smith") represented that they had settled this action.[1]  As a result, the Court dismisses this action without prejudice subject to Plaintiff, Curiel, Ghajar, or Bosteder reopening the action on or before June 29, 2012.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until **June 29, 2012.**  Thereafter, absent further order of the Court, the Clerk is ordered to dismiss this action with prejudice.

    IT IS SO ORDERED.

---

[1] In addition, on May 2, 2012, the Court entered an Order dismissing with prejudice Smith from this action.