JEAN C. WILCOX, ESQ.  (SBN 097963)
Email address: jeanw@hhlawgroup.com
CLAUDIA MOURAD, ESQ. (SBN 211139)
Email address: claudiam@hhlawgroup.com
HERSHORIN & HENRY, LLP
27422 Portola Parkway, Suite 360
Foothill Ranch, California 92610
Telephone:  (949) 859-5600
Facsimile:   (949) 859-5680                                                CLOSED

Attorneys for Plaintiff, FEDERAL DEPOSIT
INSURANCE CORPORATION, as Receiver
for Downey Savings & Loan Association, F.A.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey Savings and Loan Association, F.A., <br><br>         Plaintiff, <br><br> vs. <br><br> ABSOLUTE INVESTMENT GROUP, INC., a California corporation dba PALACIO MORTGAGE; TARA HOME FINANCIAL SERVICES, INC., a California corporation; RAYA NICOLE GHAJAR, an individual; et al., <br><br>         Defendants. | CASE NO:   CV10-04927 JFW (RCx) <br><br> **JUDGMENT UPON STIPULATION AGAINST DEFENDANTS, RAYA NICOLE GHAJAR, AN INDIVIDUAL, AND CHRISTY LYNN BOSTEDER, AN INDIVIDUAL** |

The Court, having read and considered the Stipulation for Entry of Judgment ("Stipulation") in favor of Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey Savings and Loan Association, F.A. ("FDIC-R") and against Defendants RAYA NICOLE GHAJAR, an individual, and

-1-

1  CHRISTY LYNN BOSTEDER, an individual, jointly and severally; and

2       Having considered also the ex parte application of the FDIC-R and the

3  Declaration of Jean C. Wilcox filed in support wherein the Defendants' default in

4  payments under the Stipulation is established; and

5       Finding that good cause exists therefor,

6       IT IS HEREBY ORDERED that judgment in the above-captioned action shall

7  be entered in favor of the Plaintiff, FEDERAL DEPOSIT INSURANCE

8  CORORATION, as Receiver for Downey Savings and Loan Association, F.A.,

9  against Defendants, RAYA  NICOLE GHAJAR, an individual, and CHRISTY LYNN

10  BOSTEDER, an individual, jointly and severally, in the principal sum of Seventy-

11  Five Thousand No/100 Dollars ($75,000.00 USD).  This judgment is entered with

12  respect to all of the claims and/or counts that are alleged in the complaint against

13  RAYA NICOLE GHAJAR and CHRISTY LYNN BOSTEDER, including fraud and

14  negligent misrepresentation, and is not dischargeable under 11 U.S.C § 523 (a)(2)(A),

15  as agreed in the Stipulation at ¶ 4.7.

16

17  DATED:  October 22, 2012

18

19

20  _____

21  John F. Walter
    District Court Judge

22

23

24

25

26

27

28